**Arthur J. GOLDBERG, Secretary of La-**
**bor, United States Department of**
**Labor,**

v.

**John CORNELL.**

**Arthur J. GOLDBERG, Secretary of La-**
**bor, United States Department of**
**Labor,**

v.

**Gerald WILLIAMS.**

**Arthur J. GOLDBERG, Secretary of La-**
**bor, United States Department of**
**Labor,**

v.

**Kenneth RICHARDSON.**

**Nos. 6998–7000.**

United States Court of Appeals
Tenth Circuit.

Sept. 14, 1962.

Charles Donahue, Solicitor of Labor, and Jacob I. Karro, Acting Asst. Solicitor, Dept. of Labor, Washington, D. C., and Earl Street, Dept. of Labor, Dallas, Tex., for appellant.

Coleman Hayes, Oklahoma City, Okl., and Eph Monroe, Clinton, Okl., for appellees.

Before MURRAH, Chief Judge, and PICKETT and HILL, Circuit Judges.

PER CURIAM.

Appeals dismissed September 14, 1962, pursuant to agreement of counsel, D.C., 199 F.Supp. 314.